# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00329-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LA REYNA MEXICAN RESTAURANT & ) | |
| MARISCOS LLC , *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion for Exemption From Personal Appearance RE: Settlement Conference (#20), filed on November 13, 2013. Plaintiff's representative with binding settlement authority, Thomas Riley, requests that the Court excuse his physical attendance at the Settlement Conference scheduled for December 3, 2013. He alleges that he has a number of unrelated Court appearances already scheduled for that date and asks to appear telephonically. After review, the Court finds that Thomas Riley has not demonstrated good cause for the requested relief. It is unclear how he would be able to participate telephonically if he has other conflicting appearances, the other conflicts were not specified, and the Court finds that Thomas Riley's personal attendance at the Settlement Conference is required.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Exemption From Personal Appearance RE: Settlement Conference (#20) is **denied**.

DATED this 14th day of November, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**